**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WANDA MCCUE, | Case No.:1:26-cv-00045 |
| Plaintiff, | Honorable Judge Mary M. Rowland |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and FORD MOTOR CREDIT COMPANY LLC, | |
| Defendants. | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Tiffany M. Middlemas as counsel for Experian in this action and in support states as follows:

1. On January 27, 2026, Tiffany M. Middlemas of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 16, 2026, Elaine Herrmann Blais and John Loscheider, of the law firm Goodwin Procter LLP entered appearances in this matter. Their contact information is as follows:

   a. Elaine Herrmann Blais, 100 Northern Ave., Boston, MA 02210, 617-570-1205, eblais@goodwinlaw.com

   b. John Loscheider, 1990 N Street NW, Washington, DC 20036, 771-200-2112, jloscheider@goodwinlaw.com

3. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Tiffany M. Middlemas will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request. All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Tiffany M. Middlemas as counsel for Experian in this matter.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Tiffany M. Middlemas*

Tiffany M. Middlemas
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
(312) 269-4224
Email: tmiddlemas@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 22, 2026, I electronically filed the

foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all

counsel of record.

*/s/ Tiffany Middlemas*
Tiffany M. Middlemas

*Attorney for Defendant*
*Experian Information Solutions, Inc.*
