## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Wanda McCue

         Plaintiff,

v.             Case No.: 1:26–cv–00045
             Honorable Mary M. Rowland

Experian Information Solutions, Inc., et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

  MINUTE entry before the Honorable Mary M. Rowland: Defendant Experian Information Solutions, Inc.'s motion to withdraw [53] is granted. Attorney Tiffany M. Middlemas is terminated as counsel of record for Defendant Experian. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.